AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**David Waite**

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER: 2:09-CR-00290-001-DAK**

*U.S. DISTRICT COURT*
*2009 AUG 18 P 1:12*
*DISTRICT OF UTAH*
*BY: _____*
*DEPUTY CLERK*

*ORIGINAL*

YOU ARE HEREBY COMMANDED to arrest **DAVID WAITE**
                                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Trafficking in Stolen Artifacts, Transportation of Stolen Property, Theft of Government Property, Criminal Forfeiture**

in violation of  16 U.S.C. 470ee, 18 U.S.C. 2314, 18 U.S.C. 641, 18 U.S.C. 981(a)(1)c, 28 U.S.C. 2461  United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Jeff Taylor
Deputy Clerk

Clerk of Court
Title of Issuing Officer

May 13, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-14-09 | Rick Casas  DUSM | [signature] R Casas |
| DATE OF ARREST 8-18-09 | For Special Agent | |