CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:09-CR-00290 |
| Plaintiff, | : | |
| v. | : | SUPPLEMENTAL NOTIFICATION OF DISCOVERY COMPLIANCE |
| | : | |
| DAVID WAITE, | | JUDGE DALE A. KIMBALL |
| | : | |
| Defendants. | | |
| | : | |

_____

The United States of America, through the undersigned, pursuant to DUCrimR 16-1(h), and pursuant to its Statement of Discovery Protocol filed in this case, provides notice of the following disclosures to counsel for the defendant:

1.  CD Labeled Supplemental Discovery 1, bates numbered SUPP_00001-000145

2.  AUDIO CD Labeled Supplemental Discovery 2, bates numbered SUPP_000146

3.  CD Labeled Supplemental Discovery 3, bates numbered SUPP_000147

4. AUDIO DVD Labeled Supplemental Discovery 4, bates numbered

SUPP_000148

DATED this 26th day of February, 2010.

                                            CARLIE CHRISTENSEN
                                            Acting United States Attorney

                                            /s/ *Richard D. McKelvie*

                                            Richard D. McKelvie

                                            Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was mailed by FEDEX to counsel listed below, this 26th day of February 2010.

**Henri R. Sisneros**
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY , UT 84101

/s/ Kristine Osmond
United States Attorney's Office